Proceeding pursuant to CPLR article 78, inter alia, in the nature of mandamus to compel the respondent Carol S. Klein, a Judge of the Family Court and an Acting Justice of the Supreme Court, Orange County, to produce a certified transcript of a family offense proceeding entitled Matter of McGorman v McGorman, commenced in the Family Court, Orange County, under docket No. 0-00068-16.
 

 Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.
 

 This Court does not have subject matter jurisdiction to entertain this proceeding (see CPLR 7804 [b]; 506 [b]; Matter of Tonawanda Seneca Nation v Noonan, 27 NY3d 713 [2016]).
 

 Eng, P.J., Hinds-Radix, Duffy and Brathwaite Nelson, JJ., concur.